# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, | ) ) ) |
| v. | ) Civil Case No. 3:13-cv-1378 ) JUDGE TRAUGER ) |
| TEIKOKU PHARMA USA, INC. | ) |

## O R D E R

Pursuant to the Transfer Order of the Judicial Panel on Multidistrict Litigation, MDL No. 2521, this case is hereby transferred to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE